Entered on Docket
April 26, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: April 26, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

NWAKUCHE UG,                               Adv. No. 11-04063 AJ

                Plaintiff,

vs.

MORTGAGE LENDER SERVICES, INC.,
ET AL.,

                Defendants./

MEMORANDUM RE REMAND

    The court has concluded that it should remand this adversary proceeding pursuant to 28 U.S.C. § 1452(b). See In re Tucson Estates, Inc., 912 F.2d 1162, 1166-67 (9th Cir. 1990) (listing the factors for discretionary abstention pursuant to 28 U.S.C. § 1334(c)(1)).

    All of the claims for relief are matters governed by California State law, or federal law other than bankruptcy law. The matters at issue are not core matters under 28 U.S.C. § 157(b)(2). Moreover, plaintiff herein does not consent to this court's entry of any

Memorandum

binding findings, and therefore the court would not be able to enter any binding findings. 28 U.S.C. § 157(c).

In addition, the parties have the right to request a trial by jury, which this court cannot conduct absent consent of all parties. 28 U.S.C. § 157(e). The trial of the claims alleged would place a substantial burden on the court's docket.

For the foregoing reasons, the court will issue its order remanding this adversary proceeding.

*** END OF MEMORANDUM ***

Memorandum 2

COURT SERVICE LIST

All Recipients

Memorandum 3